IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al. | ) | CIVIL ACTION |
| Plaintiffs, | ) | NO. 01-3894 |
| v. | ) | CONSOLIDATED WITH: |
| ALLSTATE INSURANCE COMPANY, et al. | ) | NO. 01-6764 |
| Defendants. | ) | NO. 01-7042 |

FILED
MAY 20 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**STIPULATION AND [PROPOSED] AMENDMENT TO JANUARY 28, 2013
SCHEDULING ORDER AND FOR EXTENSION OF TIME**

WHEREAS, pursuant to the Court's January 28, 2013 Amended Scheduling Order (Dkt. No. 366), the parties filed opening Motions for Summary Judgment directed to the validity, enforceability, and applicability of the Release on April 8, 2013.

WHEREAS, pursuant to paragraph 3(b) of the Amended Scheduling Order, the parties are presently scheduled to file all briefs and supporting documents responding to Motions for Summary Judgment on Release-related issues within forty-five (45) days of service of the opening Motions for Summary Judgment.

WHEREAS, the parties have conferred and agreed to extend the deadline to file briefs and supporting documents responding to Motions for Summary Judgment on Release-related issues until June 11, 2013.

WHEREAS, the parties have conferred and agreed that pursuant to paragraph 3(c) of the January 28, 2013 Amended Scheduling Order, briefs and supporting documents replying to

responses to Motions for Summary Judgment on Release-related issues shall still be filed within forty-five (45) days of service of a response to a Motion for Summary Judgment.

NOW, THEREFORE, it is hereby STIPULATED and AGREED, by and between the parties in the above-referenced matters as follows:

1. The deadline for the parties to file briefs and supporting documents responding to Motions for Summary Judgment on Release-related issues shall be, and is hereby, extended to June 11, 2013.

2. The schedule for filing briefs and supporting documents replying to responses to Motions for Summary Judgment on Release-related issues shall remain as set forth in paragraph 3(c) of the January 28, 2013 Amended Scheduling Order.

\*   \*   \*

**STIPULATED AND AGREED BY:**

By: /s/ *signature*

Coleen M. Meehan
Brian M. Ercole
Morgan, Lewis & Bockius, LLP
1701 Market St.
Philadelphia, PA 19103-2921

Michael D. Lieder
Sprenger & Lang, PLLC
1400 Eye St., N.W.
Washington, D.C. 20005

Thomas W. Osborne
Mary Ellen Signorille
AARP Foundation Litigation
601 E Street, N.W.
Washington, D.C. 20049

*Attorneys for Plaintiffs*

C. Felix Miller
U.S. Equal Employment Opportunity Commission
St. Louis District Office
1222 Spruce Street, Suite 8-100
St. Louis, MO 63103

*Counsel for the EEOC*

Dated: 5/16/13

By: /s/ *signature*

Richard C. Godfrey, P.C.
Sallie G. Smylie, P.C.
Erica Zolner
Jordan M. Heinz
Tia T. Trout-Perez
Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654

Katherine Menapace Katchen
Akin, Gump, Strauss, Hauer & Feld LLP
2001 Market St., Ste. 4100
Philadelphia, PA 19103

Donald R. Livingston
Nathan J. Oleson
Akin, Gump, Stauss, Hauer & Feld LLP
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036

*Attorneys for Allstate Defendants*

By: /s/ *signature*

John B. Langel
Christopher T. Cognato
Ballard, Spahr, Andrews & Ingersoll
1735 Market St., 51st Floor
Philadelphia, PA 19103

*Attorneys for Defendant Edward M. Liddy*

Dated: 5/16/13

3

APPROVED AND SO ORDERED this *17* day of *MAY*, 2013.

BY THE COURT:

_____
Ronald L. Buckwalter, S.J.