IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENE R. ROMERO, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 01-3894 |
| | : | |
| | : | CONSOLIDATED WITH |
| ALLSTATE INSURANCE COMPANY, et al., | : | |
| | : | NO. 01-6764 |
| Defendants. | : | NO. 01-7042 |

**ORDER**

**AND NOW**, this *10ʰ* day of *November*, 2015, upon consideration of the Partial Motion by Defendants Allstate Insurance Company, et al. ("Allstate Defendants") to Dismiss Plaintiffs' Third Amended Complaint and the Harris and McLaughlin Intervenor Complaints (Docket No. 656), the Partial Motion by Defendant Edward Liddy to Dismiss Plaintiffs' Third Amended Complaint and the Harris and McLaughlin Intervenor Complaints (Docket No. 657), Plaintiffs' Consolidated Response in Opposition (Docket No. 689), the Allstate Defendants' Reply Brief (Docket No. 700), and Defendant Liddy's Reply Brief (Docket No. 701), it is hereby **ORDERED** that both Motions are **GRANTED**. Plaintiffs and Intervenors' state law breach-of-contract and breach-of-fiduciary claims (Counts V–VII in the Romero Third Amended Complaint and Counts IV–VI in the Harris and McLaughlin Complaints) and Plaintiffs and Intervenors' retaliation claims under the ADEA and ERISA concerning their termination of employment are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.